APPEAL No. 75-51. ROBERT J. RICHARDSON et al. v. DR. JOSEPH BEVILACQUA, as Director of Department of Mental Health, Retardation and Hospitals et al. Petition of the Com-

missioner of Education of the State of Rhode Island requesting permission to file a brief as Amicus Curiae is granted. Said brief is to be filed on or before May 12, 1975. Further, this matter has been assigned for oral argument to May 20, 1975. *Oster, Espo, Fay & Groff, Irving N. Espo*, for petitioners. *William G. DeMagistris*, Legal Counsel to the Commissioner of Education, Amicus Curiae, for respondent.